**Fill in this information to identify the case:**

Debtor name: **Falcon V, L.L.C.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 10, 2019**      X **/s/ James E. Orth**
                                      Signature of individual signing on behalf of debtor

                                      **James E. Orth**
                                      Printed name

                                      **President and Chief Executive Officer**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Falcon V, L.L.C.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim – Total claim, if partially secured | Amount of claim – Deduction for value of collateral or setoff | Amount of claim – Unsecured claim |
|---|---|---|---|---|---|---|
| **Archrock Services, L.P.**<br>P.O. Box 201160<br>Dallas, TX 75320-1160 | | **NONEMPLOYEE** | | | | $325,294.08 |
| **Bird & Bird LLP**<br>12 New Fetter Lane<br>London EC4A1JP | | **NONEMPLOYEE** | | | | $323,995.42 |
| **Cantor Fitzgerald Europe**<br>One Churchhill Place<br>Canary Wharf<br>London E14 5RB | | **NONEMPLOYEE** | | | | $221,617.77 |
| **Cardinal Coil Tubing**<br>P.O. Box 12140<br>New Iberia, LA 70562 | | **NONEMPLOYEE** | | | | $85,325.06 |
| **Catapult Exploration LLC**<br>8889 Pelican Bay Blvd<br>Suite 403<br>Naples, FL 34108 | | **NONEMPLOYEE** | | | | $416,667.67 |
| **Eagle Energy Services LLC**<br>151 Tourist Dr.<br>Gray, LA 70359 | | **NONEMPLOYEE** | | | | $91,965.50 |
| **East Baton Rouge Sheriff**<br>Sid J. Gautreaux, III<br>P.O. Box 919319<br>Dallas, TX 75391-9319 | | **NONEMPLOYEE** | | | | $354,535.90 |
| **Knight Oil Tools**<br>P.O. Box 52688<br>Lafayette, LA 70505-2688 | | **NONEMPLOYEE** | | | | $74,202.46 |

Debtor   **Falcon V, L.L.C.**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Livingston Parish**<br>**P.O. Box 127**<br>**Livingston, LA**<br>**70754** | | **NONEMPLOYEE** | | | | **$148,183.00** |
| **McGriff, Seibels & Williams Inc**<br>**Drawer #456**<br>**P.O. Box 11407**<br>**Birmingham, AL**<br>**35246-0001** | | **NONEMPLOYEE** | | | | **$317,250.00** |
| **Multi-Chem Group LLC**<br>**P.O. Box 301341**<br>**Dallas, TX**<br>**75303-1341** | | **NONEMPLOYEE** | | | | **$84,113.65** |
| **ORX RESOURCES, LLC**<br>**400 Poydras Street**<br>**Suite 1100**<br>**New Orleans, LA**<br>**70130** | | **NONEMPLOYEE** | | | | **$621,685.19** |
| **Pointe Coupee Clerk of Court**<br>**201 E Main St**<br>**New Roads, LA**<br>**70760** | | **NONEMPLOYEE** | | | | **$502,791.01** |
| **Power Torque Services LLC**<br>**P.O. Box 539**<br>**Bourg, LA 70343** | | **NONEMPLOYEE** | | | | **$81,844.00** |
| **SBS Energy Services LLC**<br>**1598 Ochsner Blvd Ste: 100**<br>**Covington, LA 70433** | | **NONEMPLOYEE** | | | | **$342,487.00** |
| **Seismic Exchange Inc.**<br>**4805 Westway Park Blvd**<br>**Houston, TX 77041** | | **NONEMPLOYEE** | | | | **$900,000.00** |
| **Slattery, Marino & Roberts**<br>**1100 Poydras St**<br>**Suite 1800**<br>**New Orleans, LA 70163-1800** | | **NONEMPLOYEE** | | | | **$288,028.65** |
| **Thompson & Knight LLP**<br>**P.O. Box 660684**<br>**Dallas, TX 75266-0684** | | **NONEMPLOYEE** | | | | **$129,697.00** |

| Debtor | Falcon V, L.L.C. | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Total Pump & Supply LLC**<br>**P.O.Box 548**<br>**Carencro, LA 70520** | | **NONEMPLOYEE** | | | | **$89,370.00** |
| **Tube Tech Services**<br>**P.O. Box 68**<br>**Scott, LA 70583** | | **NONEMPLOYEE** | | | | **$71,383.56** |

| | | |
|---|---|---|
| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 3 |
| Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |