## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:<br><br>FALCON V, L.L.C., *et al.*,[1]<br><br>    DEBTORS. | CHAPTER 11<br><br>CASE NO. 19-<br>(JOINTLY ADMINISTERED) |

### DECLARATION OF JAMES E. ORTH IN SUPPORT DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING PAYMENT OF COMPENSATION, TO CURRENT AND FORMER SPECIFIED INSIDERS

I, James E. Orth, pursuant to section 1746 of title 28 of the United States Code, hereby declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information, and belief:

1. I am of the full age of majority and possess the requisite legal capacity to make and sign this *Declaration of James E. Orth in Support of Debtors' Motion for Entry of an Order Authorizing Payment of Compensation to Current and Former Specified Insiders* (this "Declaration");

2. I am the President and Chief Executive Officer of the Debtors in these above-captioned chapter 11 bankruptcy cases;

3. I receive a monthly salary and other benefits that is paid by the Debtor ORX Resources, L.L.C. ("ORX");

4. Prior to the Petition Date, I received monthly compensation from ORX in the approximate amount of $26,667;

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Falcon V, L.L.C. (1725); Falcon V Holdings, L.L.C. (8542); and ORX Resources, L.L.C. (9032). The address of the Debtors is 400 Poydras Street, Suite 1100, New Orleans, Louisiana 70130.

5. Beginning in January 2019, I agreed to a reduction in monthly salary of 50% and have been paid $13,333 per month since that time;

6. Prior to the Petition Date, I also received certain fringe benefits, including, but not limited to, payments by the Debtors for my health plan and monthly match of my 401(k) plan contributions;

7. The amounts requested to be paid to me in the *Debtors Motion for Entry of an Order Authorizing Payment of Compensation to Current and Former Specified Insiders* (the "Insiders Motion") represents an increase in my pre-petition salary (prior to the reduction in January 2019);

8. My services to the Debtors have expanded following the departure of two key salaried employees, the work necessary for this restructuring, and my new role as President and CEO;

9. I reviewed the Insiders Motion, to which this Declaration is attached and made a part of, and believe the statements and information provided in the Insiders Motion are true and correct to the best of my knowledge, information, and belief; and

10. I believe that the compensation and related payments requested in the Insiders Motion are reasonable and fairly compensate for the services to be provided to the Debtors.

New Orleans, LA, this 9th day of May, 2019.

By: */s/James Orth*
James E. Orth, President and CEO