ANADARKO E&P ONSHORE LLC          1201 LAKE ROBBINS DRIVE • THE WOODLANDS, TEXAS 77380
P.O. BOX 1330 • HOUSTON, TEXAS 77251-1330



OVERNIGHT MAIL

Mr. James E. Orth
Falcon V, L.L.C.
400 Poydras Street
Suite 1100
New Orleans, LA 70130

Reference:   Lease Acquisition
             Port Hudson Field
             East Baton Rouge Parish,
             East Feliciana Parish and
             Pointe Coupee Parish, LA

Dear Mr. Orth:

Pursuant to communications between our companies, enclosed herewith is that certain Letter Agreement ("Agreement") dated April 9, 2019, executed on behalf of Anadarko E&P Onshore LLC ("Anadarko"). In accordance with the terms of the Agreement, please initiate the wire transfer as follows within 24 hours receipt of this letter and confirm tracking information to my attention at mark.heathcote@anadarko.com:

    JP Morgan Chase Bank
    4 New York Plaza, Floor 15
    New York, NY 10004
    ABA # 021000021 (wire only)
    Account Name: Anadarko E&P Onshore LLC
    Account Number: 777168576

Enclosed for your convenience is also a copy of Anadarko's W-9. If you are in need of any additional information, please do not hesitate to contact the undersigned.

Sincerely,
Anadarko E&P Onshore LLC

*[signature]*

Mark W. Heathcote
Land Manager



FALCON V, L.L.C.

April 9, 2019

Mr. Mark W. Heathcote
Anadarko E&P Onshore LLC
P.O. Box 1330
Houston, TX 77251-1330

    RE: Lease Acquisition
       Port Hudson Field
       East Baton Rouge Parish
       East Feliciana Parish
       Pointe Coupee Parish
       Louisiana

Dear Mr. Heathcote:

This letter, when accepted by Anadarko E&P Onshore LLC, (hereinafter "Anadarko"), formerly known as RME Petroleum Company shall evidence the agreement between Falcon V, L.L.C. (hereinafter "Falcon"), and, Anadarko , relating to Falcon's acquisition of Anadarko's interest in those oil and gas leases acquired by Partial Assignment of Oil, Gas and Mineral Leases, dated effective June 1, 2002 from BP America Production Company (Assignor) to RME Petroleum Company (Assignee) which Partial Assignment is recorded at Original 597, Bundle 11659 of the records of East Baton Rouge Parish, Louisiana. The parties hereto agree as follows:

1. Falcon and Anadarko have previously agreed that Falcon shall pay Anadarko the sum of $1,200,000.00 for an Assignment of one hundred percent (100%) of Anadarko's ownership of the Oil, Gas and Mineral Leases listed on Exhibit "A" of the Partial Assignment referenced above.

2. Falcon now advises that it requires additional time to complete its funding process with its capital providers to fund the acquisition generally described above. Such additional time is an additional forty five (45) days to complete.

3. In consideration for Anadarko granting Falcon the additional time necessary to complete the funding process, Falcon agrees to remit to Anadarko, within twenty four (24) hours of Falcon's receipt of a fully executed copy of this letter, a wire transfer in the amount of $180,000.00 as a non-refundable deposit to be credited against the acquisition amount of $1,200,000.00, should closing occur.

4. Closing of the acquisition shall occur not later than May 17, 2019. Failure by Falcon to close by such date shall result in Anadarko retaining the deposit provided for herein as

consideration for said additional time. Falcon agrees that it shall have no recourse whatsoever against Anadarko for the return of the deposit.

5. At closing, Falcon shall wire transfer the remainder of the acquisition cost, being $1,020,000.00 and Anadarko upon receipt of such wire transfer shall deliver by overnight mail to Falcon two fully originally executed copies of the Assignment attached hereto as Exhibit "A".

6. This letter agreement and all matters pertaining hereto, including but not limited to performance, breach, remedies, procedures, rights, duties and interpretation or construction shall be governed by the laws of the State of Texas.

If the foregoing is agreeable, please so indicate by executing and returning one copy of this letter to the undersigned. Please contact Paul Dubroc should you have any questions.

Yours very truly,

FALCON V, L.L.C.

*[signature]*

James E. Orth
Manager

Agreed to and Accepted
This 17th day of April 2019

Anadarko E&P Onshore LLC

By: *[signature]*
Name: MARK W Heathcote
Title: Agent and Attorney-in-fact
    RGB

EXHIBIT "A"

## PARTIAL ASSIGNMENT OF OIL, GAS AND MINERAL LEASES

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BY THIS PARTIAL ASSIGNMENT OF OIL, GAS AND MINERAL LEASES ("Assignment"), effective as of **March 1, 2019** (referred to hereinafter as "Effective Date"), in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **ANADARKO E&P ONSHORE, LLC, (formerly known as RME Petroleum Corporation) hereinafter "Assignor"**, whose address is 1201 Lake Robbins Drive, The Woodlands, TX 77380, does hereby BARGAIN, SELL, TRANSFER AND CONVEY to **FALCON V, L.L.C., hereinafter "Assignee"**, whose address is 400 Poydras Street, Suite 1100, New Orleans, LA 70130, all of Assignor's right title and interest in and to each of the Oil, Gas and Mineral Leases more particularly described in that certain Partial Assignment of Oil, Gas and Mineral Leases, effective June 1, 2002, between BP America Production Company, Assignor and RME Petroleum Company, recorded at ORIG 597, BNDL 11659 of the Clerk of Court and Recorder's office of East Baton Rouge Parish, Louisiana ("BP Assignment") limited to the depths described in the BP Assignment (the "Leases") and the Leases are further described in Exhibit "A" attached hereto and made a part hereof (said lands described in such Leases limited to the depths as described in the BP Assignment being the "Leased Premises").

Assignee by acceptance of this Assignment agrees to be bound by and fulfill proportionately as to its interest all of the terms, conditions, limitations and covenants of the Leases covered hereby.

The terms, covenants and conditions hereof shall be binding upon and inure to the benefit of Assignor and Assignee and their respective successors and assigns; and such terms, covenants and conditions shall be covenants running with the Leases and with each transfer or assignment of the Leases, or portions thereof.

This Assignment is made WITHOUT WARRANTY, COVENANT, OR REPRESENTATION OF ANY KIND WHATSOEVER, EXPRESS, STATUTORY OR IMPLIED, AS TO THE DESCRIPTION, TITLE, CONDITION, QUALITY OR OTHERWISE, except Assignor specially warrants and agrees to defend the title to the Leases against the lawful claims and demands of all persons claiming the same or any part thereof by, through or under Assignor, but not otherwise.

IN WITNESS WHEREOF, this instrument is executed by Assignor and Assignee this 1st day of April, 2019, but effective as of March 1, 2019.

**WITNESSES:**

_____
Lindsey M. Provost
Printed Name

_____
Alison Coffey
Printed Name

_____
Paul E. Dubose
Printed Name

_____
Courtney Boudreaux
Printed Name

**ASSIGNOR:**

ANADARKO E&P ONSHORE, LLC

By: _____
MARK W. HEATHCOTE
Agent and Attorney-in-Fact

**ASSIGNEE:**

FALCON V, L.L.C.

By: _____
JAMES E. ORTH
Manager

2







ACKNOWLEDGMENT

STATE OF LOUISIANA                              §

PARISH OF ORLEANS         §

ON THIS 25th day of March, 2019, before me appeared **James E. Orth**, to me personally known, who, being by me duly sworn, did say that <u>he</u> is the Manager of FALCON V, LLC, and that said instrument was signed in behalf of said limited liability company by authority of its Members and said James E. Orth acknowledged said instrument to be the free act and deed of said limited liability company.

GIVEN UNDER MY HAND AND SEAL this ___ day of _____ 2019.

                              *Sandra N. Fuselier*
                              NOTARY PUBLIC

Registry / Bar Roll No.: _____

My Commission Expires: _____

> SANDRA R. FUSELIER
> NOTARY PUBLIC
> STATE OF LOUISIANA
> MY COMMISSION IS ISSUED FOR LIFE
> BAR NO. 23476


ACKNOWLEDGMENT

STATE OF TEXAS                                  §

COUNTY OF HARRIS         §

ON THIS 1st day of April, 2019, before me appeared **Mark W. Heathcote**, to me personally known, who, being by me duly sworn, did say that <u>he</u> is **Agent and Attorney in Fact** of **ANADARKO E&P ONSHORE, LLC and** that said instrument was signed in behalf of said limited liability company by authority of its Members and said Mark W. Heathcote acknowledged said instrument to be the free act and deed of said limited liability company

GIVEN UNDER MY HAND AND SEAL this 1st day of April 2019.

                              *Terri Winters*
                              NOTARY PUBLIC

Registry / Bar Roll No.: 2884775

My Commission Expires: 1/23/21

> TERRI WINTERS
> 2884775
> NOTARY PUBLIC, STATE OF TEXAS
> MY COMMISSION EXPIRES
> JANUARY 23, 2021

# EXHIBIT "A"

Attached to and made a part of that certain Partial Assignment of Oil, Gas and Mineral Leases by and between ANADARKO E&P ONSHORE, LLC and FALCON V, L.L.C. dated April 1, 2019.

| LEASE NUMBER | LESSOR | LESSEE | LEASE DATE | BOOK | PAGE | RECEPTION | PARISH | STATE |
|---|---|---|---|---|---|---|---|---|
| 72125T- | LOIS CARRUTH LUND, ET AL | AMOCO PRODUCTION COMPANY | 05/31/1976 | 2510 | 747 | | EAST BATON ROUGE | LOUISIANA |
| 72126- | TALMADGE D. DICKHAM, JR. | AMOCO PRODUCTION COMPANY | 06/23/1976 | 2511 | 7 | | EAST BATON ROUGE | LOUISIANA |
| 72170- | JOSEPH P. MESSINA | C. T. CARDEN | 02/11/1976 | 2524 | 316 | | EAST BATON ROUGE | LOUISIANA |
| 72172- | WILLIAM WOODSIDE, ET UX | C. T. CARDEN | 02/25/1976 | 2521 | 403 | | EAST BATON ROUGE | LOUISIANA |
| 72173-A | NELSON D. HIGGINS, JR. | C. T. CARDEN | 05/28/1976 | 2539 | 560 | | EAST BATON ROUGE | LOUISIANA |
| 72173-B | TURNER JAMES HIGGINS | C. T. CARDEN | 05/28/1976 | 2539 | 564 | | EAST BATON ROUGE | LOUISIANA |
| 72173-C | THELMA H. TAYLOR, ET AL | C. T. CARDEN | 05/28/1976 | 2539 | 568 | | EAST BATON ROUGE | LOUISIANA |
| 72336- | GEORGIA-PACIFIC CORPORATION | AMOCO PRODUCTION COMPANY | 12/16/1976 | 775 | 9507 | 00-076522 | EAST BATON ROUGE | LOUISIANA |
| 72372-A | J. CLIFTON YOUNG, ET AL | C. D. PENNINGTON | 06/07/1975 | | | 875-9142 | EAST BATON ROUGE | LOUISIANA |
| 72372-D | PATRICIA Y. YATES | MARTIN EXPLORATION COMPANY | 12/11/1977 | 2614 | 304 | 77-034540 | EAST BATON ROUGE | LOUISIANA |
| 72473- | CHARLES CLARK | C. D. PENNINGTON | 06/05/1975 | | | 129-9167 | EAST BATON ROUGE | LOUISIANA |
| 72475- | JAMES R. SMITH, ET UX | C. D. PENNINGTON | 06/10/1975 | | | 878-9142 | EAST BATON ROUGE | LOUISIANA |
| 72477- | JOSEPH E. SMITH, JR., ET UX | C. D. PENNINGTON | 06/10/1975 | | | 879-9142 | EAST BATON ROUGE | LOUISIANA |
| 72478- | CHARLES J. BROWN | C. D. PENNINGTON | 12/01/1976 | | | 454-9177 | EAST BATON ROUGE | LOUISIANA |
| 72479- | LEON C. KENYON, JR. | C. D. PENNINGTON | 06/11/1975 | | | 880-9142 | EAST BATON ROUGE | LOUISIANA |
| 72480- | CLARENCE JOHNSON, JR. | C. D. PENNINGTON | 06/16/1975 | | | 130-9167 | EAST BATON ROUGE | LOUISIANA |
| 72481- | SAMUEL MITCHELL | C. D. PENNINGTON | 06/16/1975 | | | 131-9167 | EAST BATON ROUGE | LOUISIANA |
| 72484- | ETHEL R. COLLIER, ET AL | C. D. PENNINGTON | 06/17/1975 | | | 883-9142 | EAST BATON ROUGE | LOUISIANA |
| 72485-B | ISAAC D. SIMS | AMOCO PRODUCTION COMPANY | 03/17/1975 | 2747 | 436 | 79-052429 | EAST BATON ROUGE | LOUISIANA |
| 72486- | GEORGE STEWART | C. D. PENNINGTON | 06/18/1975 | | | 133-9167 | EAST BATON ROUGE | LOUISIANA |
| 72488- | MATTHEWS TURNER, JR. | C. D. PENNINGTON | 06/18/1975 | | | 135-9167 | EAST BATON ROUGE | LOUISIANA |
| 72489-A | MRS. CHARLIE ALLEN | C. B. PENNINGTON | 07/23/1975 | | | 148-9167 | EAST BATON ROUGE | LOUISIANA |
| 72489-B | GLORIA DEAN ALLEN | AMOCO PRODUCTION COMPANY | 01/05/1978 | 2527 | 58 | 78-005701 | EAST BATON ROUGE | LOUISIANA |
| 72489-C | EMILY A. MCCLAIN, ET AL | AMOCO PRODUCTION COMPANY | 12/29/1977 | 2527 | 50 | 78-005311 | EAST BATON ROUGE | LOUISIANA |
| 72489-D | BETTY RUTH ALLEN, ET AL | AMOCO PRODUCTION COMPANY | 01/06/1978 | 2533 | 62 | 771-0246 | EAST BATON ROUGE | LOUISIANA |
| 72489-E | LIZZIE J. EMERY, ET AL | AMOCO PRODUCTION COMPANY | 05/15/1979 | 2736 | 191 | 79-040921 | EAST BATON ROUGE | LOUISIANA |
| 72489-F | NOLA M. MOSES, ET AL | AMOCO PRODUCTION COMPANY | 06/12/1979 | 2743 | 237 | | EAST BATON ROUGE | LOUISIANA |
| 72489-G | LEROY ALLEN | AMOCO PRODUCTION COMPANY | 03/20/1981 | 5423 | 00767 | 81-020645 | EAST BATON ROUGE | LOUISIANA |
| 72490- | EOLA BROWN GREEN | C. D. PENNINGTON | 06/26/1975 | | | 137-9167 | EAST BATON ROUGE | LOUISIANA |
| 72494- | ALDERO STEVENSON, SR. | C. D. PENNINGTON | 06/03/1975 | | | 856-9142 | EAST BATON ROUGE | LOUISIANA |
| 72495- | RONALD LEE MCCALLUM | C. D. PENNINGTON | 06/23/1975 | | | 138-9167 | EAST BATON ROUGE | LOUISIANA |
| 72496- | VIVIAN STEVENSON YANCY | C. D. PENNINGTON | 06/25/1975 | | | 139-9167 | EAST BATON ROUGE | LOUISIANA |
| 72497- | DANNY R. CRANFORD, ET UX | C. D. PENNINGTON | 07/01/1975 | | | 140-9167 | EAST BATON ROUGE | LOUISIANA |
| 72498- | MRS. JOSEPH RALPH MORROW | C. D. PENNINGTON | 06/20/1975 | | | 887-9142 | EAST BATON ROUGE | LOUISIANA |
| 72499- | PORTER SCOTT | C. D. PENNINGTON | 07/26/1975 | | | 141-9167 | EAST BATON ROUGE | LOUISIANA |
| 72500- | ALEXANDER SIMON | C. D. PENNINGTON | 07/22/1975 | | | 142-9167 | EAST BATON ROUGE | LOUISIANA |
| 72501- | CLARENCE STEVENSON | C. D. PENNINGTON | 07/25/1975 | | | 143-9167 | EAST BATON ROUGE | LOUISIANA |
| 72502- | DUDROK STEVENSON | C. D. PENNINGTON | 07/25/1975 | | | 144-9167 | EAST BATON ROUGE | LOUISIANA |
| 72503- | ALIX ANDERSON | C. D. PENNINGTON | 07/05/1975 | | | 628-9142 | EAST BATON ROUGE | LOUISIANA |
| 72505- | JAMES C. JOHNSON, ET UX | C. D. PENNINGTON | 07/26/1975 | | | 145-9167 | EAST BATON ROUGE | LOUISIANA |
| 72507-A | LEOLA PETERSON | C. B. PENNINGTON | 07/23/1975 | | | 149-9167 | EAST BATON ROUGE | LOUISIANA |
| 72507-B | JOSEPHINE P. MONROE, ET AL | AMOCO PRODUCTION COMPANY | 12/29/1977 | 2627 | 62 | 78-036402 | EAST BATON ROUGE | LOUISIANA |
| 72509-A | LILLIE BELL SCOTT | C. D. PENNINGTON | 07/23/1975 | | | 151-9167 | EAST BATON ROUGE | LOUISIANA |
| 72510- | TONY STEWART | C. D. PENNINGTON | 07/07/1975 | | | 859-9142 | EAST BATON ROUGE | LOUISIANA |
| 72511- | TONY STEWART, ET UX | C. D. PENNINGTON | 07/07/1975 | | | 890-9142 | EAST BATON ROUGE | LOUISIANA |
| 72512- | MONROE BARTON | C. D. PENNINGTON | 07/24/1975 | | | 152-9167 | EAST BATON ROUGE | LOUISIANA |
| 72514-A | SUSIE JORDAN | C. D. PENNINGTON | 06/25/1975 | | | 892-9142 | EAST BATON ROUGE | LOUISIANA |
| 72515-A | EDGE STEWART | C. D. PENNINGTON | 08/22/1975 | | | 853-9142 | EAST BATON ROUGE | LOUISIANA |
| 72516- | JESSIE LEE ROACH | C. D. PENNINGTON | 07/24/1975 | | | 153-9167 | EAST BATON ROUGE | LOUISIANA |
| 72519-B | ARABELLE A. DENT SCOTT | AMOCO PRODUCTION COMPANY | 01/27/1978 | 2529 | 755 | 78-005615 | EAST BATON ROUGE | LOUISIANA |
| 72519-C | EDWARD THORNTON | AMOCO PRODUCTION COMPANY | 02/07/1978 | 2541 | 724 | 00-002500 | EAST BATON ROUGE | LOUISIANA |
| 72519-D | MARY ALBERTA DENT | AMOCO PRODUCTION COMPANY | 01/27/1978 | 2529 | 759 | 78-002516 | EAST BATON ROUGE | LOUISIANA |
| 72520- | MARY STEWART HAYES, ET AL | C. D. PENNINGTON | 07/24/1975 | | | 157-9167 | EAST BATON ROUGE | LOUISIANA |
| 72522-A | MRS. JAMES COLLINS | C. D. PENNINGTON | 02/07/1976 | | | 306-9167 | EAST BATON ROUGE | LOUISIANA |
| 72523- | ANNIE H. FISHER | C. B. PENNINGTON | 08/27/1976 | | | 207-9167 | EAST BATON ROUGE | LOUISIANA |
| 72525- | HENRY MITCHELL MATTHEWS | C. D. PENNINGTON | 02/27/1976 | | | 495-9167 | EAST BATON ROUGE | LOUISIANA |
| 72526-A | ALVIN SIMS, ET UX | C. D. PENNINGTON | 08/21/1976 | | | 513-9167 | EAST BATON ROUGE | LOUISIANA |
| 72532- | WILLIE H. CHUBE | C. B. PENNINGTON | 09/15/1976 | | | 501-9167 | EAST BATON ROUGE | LOUISIANA |
| 72533- | EMMA L. FISHER, ET AL | C. D. PENNINGTON | 09/15/1976 | | | 502-9167 | EAST BATON ROUGE | LOUISIANA |
| 72534- | IL MIXON | C. D. PENNINGTON | 09/13/1976 | | | 504-9167 | EAST BATON ROUGE | LOUISIANA |
| 72535- | ANDREW VESSEL | C. D. PENNINGTON | 09/15/1976 | | | 523-9167 | EAST BATON ROUGE | LOUISIANA |
| 72540- | HENRY CLARK, SR., ET UX | C. D. PENNINGTON | 02/06/1976 | | | 500-9167 | EAST BATON ROUGE | LOUISIANA |
| 72541- | ELVIRA JOHNSON HARDY | C. D. PENNINGTON | 09/12/1976 | | | 312-9167 | EAST BATON ROUGE | LOUISIANA |
| 72543- | LEANDOR MCKEELY | C. D. PENNINGTON | 09/12/1976 | | | 602-9167 | EAST BATON ROUGE | LOUISIANA |
| 72545- | CHARLEY VESSEL | C. D. PENNINGTON | 09/12/1976 | | | 984-9167 | EAST BATON ROUGE | LOUISIANA |
| 72546-A | CLARENCE WELLINGTON | C. D. PENNINGTON | 09/15/1976 | | | 525-9167 | EAST BATON ROUGE | LOUISIANA |
| 72546-D | LAURA HILL WELLINGTON | AMOCO PRODUCTION COMPANY | 12/11/1978 | 2700 | 800 | 78-006220 | EAST BATON ROUGE | LOUISIANA |
| 72550- | WILLIAM WALLACE | C. B. PENNINGTON | 09/14/1976 | | | 525-9167 | EAST BATON ROUGE | LOUISIANA |
| 72551- | LEONARD PECK | C. D. PENNINGTON | 09/14/1976 | | | 506-9167 | EAST BATON ROUGE | LOUISIANA |
| 72566- | FRANK MCKNIGHT | C. D. PENNINGTON | 09/14/1976 | | | 534-9167 | EAST BATON ROUGE | LOUISIANA |
| 72568- | RICHARD HAYES | C. D. PENNINGTON | 09/15/1976 | | | 314-9167 | EAST BATON ROUGE | LOUISIANA |
| 72575- | HAZEL ANDREWS | C. D. PENNINGTON | 09/01/1976 | | | 519-9167 | EAST BATON ROUGE | LOUISIANA |
| 72574- | GERALDINE DUNBAR HULL | C. D. PENNINGTON | 02/10/1976 | | | 316-9167 | EAST BATON ROUGE | LOUISIANA |
| 72576- | PETER DANGERFIELD | C. B. PENNINGTON | 02/23/1976 | | | 303-9167 | EAST BATON ROUGE | LOUISIANA |
| 72580- | ROXIE PATE, ET AL | C. B. PENNINGTON | 09/20/1976 | | | | | |
| 72581-B | RICHARD HARDY, ET AL | AMOCO PRODUCTION COMPANY | 11/27/1978 | 2534 | 623 | 78-011756 | EAST BATON ROUGE | LOUISIANA |
| 72582- | OTIS GANOY, ET UX | C. D. PENNINGTON | 11/05/1976 | | | 654-9172 | EAST BATON ROUGE | LOUISIANA |
| 72583- | ROSALEE CUMMINGS | C. D. PENNINGTON | 09/11/1976 | 542 | 9172 | | EAST BATON ROUGE | LOUISIANA |
| 72597- | ALBERTHA JOHNSON DABNEY | C. B. PENNINGTON | 12/07/1976 | | | 337-9178 | EAST BATON ROUGE | LOUISIANA |
| 72598- | DENNIS STEWART | C. D. PENNINGTON | 12/07/1976 | | | 336-9178 | EAST BATON ROUGE | LOUISIANA |
| 72600- | JIMMY WILLS | C. D. PENNINGTON | 12/11/1976 | | | 339-9178 | EAST BATON ROUGE | LOUISIANA |
| 72601- | ROYAL BUTLER | C. D. PENNINGTON | 12/11/1976 | | | 340-9178 | EAST BATON ROUGE | LOUISIANA |
| 72603- | MRS. PINKIE C. BISHOP | C. D. PENNINGTON | 12/18/1976 | | | 343-9178 | EAST BATON ROUGE | LOUISIANA |
| 72604- | LEON DEAL | C. B. PENNINGTON | 12/16/1976 | | | 344-9167 | EAST BATON ROUGE | LOUISIANA |
| 72605- | STEVE BURNS, III | C. D. PENNINGTON | 12/16/1976 | | | 345-0178 | EAST BATON ROUGE | LOUISIANA |
| 72609- | CLARA L. ANNISON, ET VIR | C. D. PENNINGTON | 05/19/1976 | | | 482-9148 | EAST BATON ROUGE | LOUISIANA |
| 72610-A | CLARA L. ANNISON, ET AL | C. D. PENNINGTON | 05/19/1976 | 2499 | 617 | 225 | EAST BATON ROUGE | LOUISIANA |
| 72610-A | CLARA L. ANNISON, ET AL | C. D. PENNINGTON | 05/19/1976 | 788 | | 11090 | EAST BATON ROUGE | LOUISIANA |
| 72610-B | JAMES W. LIPSCOMB, ET AL | STACK OIL CORPORATION | 05/31/1979 | 2730 | 157 | | EAST BATON ROUGE | LOUISIANA |
| 72610-C | JOHN B. LIPSCOMB, ET AL | STACK OIL CORPORATION | 05/31/1979 | 2732 | 534 | 79-035622 | EAST BATON ROUGE | LOUISIANA |
| 72610-D | WARREN N. LIPSCOMB, ET UX | STACK OIL CORPORATION | 06/05/1979 | 2736 | 177 | 79-040918 | EAST BATON ROUGE | LOUISIANA |
| 72610-E | BART LUCAS, JR., ET UX | STACK OIL CORPORATION | 05/31/1979 | 2740 | 511 | 9534 | EAST BATON ROUGE | LOUISIANA |
| 72610-F | MARY L. L. LOUDON | STACK OIL CORPORATION | 05/31/1979 | 2741 | 539 | 9335 | EAST BATON ROUGE | LOUISIANA |
| 72612- | FREDDIE ROGERSON, ET AL | C. D. PENNINGTON | 02/10/1976 | | | 721-0173 | EAST BATON ROUGE | LOUISIANA |
| 72613- | JOE DALL | C. D. PENNINGTON | 12/29/1976 | | | 456-9177 | EAST BATON ROUGE | LOUISIANA |
| 72615- | GILMORE SAMPSON | C. D. PENNINGTON | 01/09/1977 | | | 233-9178 | EAST BATON ROUGE | |
| 72617-A | OCTAVIA JACKSON, ET AL | PENNCO OIL INC. | 03/01/1971 | 2276 | 732 | 43-2213 | EAST BATON ROUGE | |
| 72617-D | OMA NETTLES DAVIS | C. D. PENNINGTON | 02/10/1977 | | | 232-9219 | EAST BATON ROUGE | |
| 72618-A | MIMA SPLAND PALMER, ET AL | PENNCO OIL INC. | 03/11/1971 | 2276 | 747 | 44-2213 | EAST BATON ROUGE | |
| 72618-B | LEO N. MCKEE | PENNCO OIL INC. | 05/14/1972 | 2276 | 747 | 45-2213 | EAST BATON ROUGE | LOUISIANA |
| 72618-C | EMILY M. JOHNSON, ET AL | AMOCO PRODUCTION COMPANY | 06/01/1979 | 2736 | 181 | 79-040919 | EAST BATON ROUGE | LOUISIANA |
| 72618-D | JOSEPH J. MCCORMACK | C. T. CARDEN | 04/20/1979 | 2720 | 659 | | EAST BATON ROUGE | LOUISIANA |
| 72618-E | JOSEPH MCCORMACK, ET UX | C. T. CARDEN | 05/22/1979 | 2276 | 747 | | EAST BATON ROUGE | LOUISIANA |
| 72619- | ANNIE R. STEVENSON, ET AL | C. D. PENNINGTON | 07/25/1975 | 2450 | 320 | 853-9142 | EAST BATON ROUGE | LOUISIANA |
| 72620-A | ANNIE R. STEVENSON, ET AL | C. D. PENNINGTON | 07/24/1975 | 2533 | 163 | 454-9167 | EAST BATON ROUGE | LOUISIANA |
| 72621-A | HENRY WELLS, JR., ET AL | C. D. PENNINGTON | 09/08/1976 | 2533 | 257 | 522-9167 | EAST BATON ROUGE | LOUISIANA |
| 72621-D | ISIAH L. WELLS | AMOCO PRODUCTION COMPANY | 11/22/1978 | 2693 | 624 | 78-011756 | EAST BATON ROUGE | LOUISIANA |
| 72622- | MASON J. MAYERS | C. D. PENNINGTON | 01/31/1977 | | | 14-9182 | EAST BATON ROUGE | LOUISIANA |
| 72623- | ROBERT T. WOMACK | C. D. PENNINGTON | 02/07/1977 | | | 13-9182 | EAST BATON ROUGE | LOUISIANA |
| 72414- | GILLY JOE BUZBEE, ET UX | AMOCO PRODUCTION COMPANY | 02/15/1977 | 2558 | 243 | | EAST BATON ROUGE | LOUISIANA |
| 72415- | ELMORE WALLACE, ET AL | AMOCO PRODUCTION COMPANY | 02/16/1977 | 2558 | 255 | | EAST BATON ROUGE | LOUISIANA |
| 72416- | LEONARD J. COLLINS, ET UX | AMOCO PRODUCTION COMPANY | 02/16/1977 | 2556 | 259 | | EAST BATON ROUGE | LOUISIANA |
| 72417- | BERTHA E. WILKERSON, ET VIR | AMOCO PRODUCTION COMPANY | 03/21/1977 | 2563 | 304 | | EAST BATON ROUGE | LOUISIANA |
| 72418- | LILLIE MAY S. WILLIAMS | AMOCO PRODUCTION COMPANY | 03/14/1977 | 2563 | 635 | | EAST BATON ROUGE | LOUISIANA |

1

| LEASE NUMBER | LESSOR | LESSEE | LEASE DATE | BOOK | PAGE | RECEPTION | PARISH | STATE |
|---|---|---|---|---|---|---|---|---|
| 724279- | JOHNIE STEWART, ET UX | AMOCO PRODUCTION COMPANY | 03/10/1977 | 2563 | 639 | | EAST BATON ROUGE | LOUISIANA |
| 724220- | HENRY STEVENSON, ET UX | AMOCO PRODUCTION COMPANY | 03/21/1977 | 2565 | 303 | | EAST BATON ROUGE | LOUISIANA |
| 724332- | ISADORE COLLINS, ET UX | AMOCO PRODUCTION COMPANY | 03/08/1977 | 2561 | 417 | | EAST BATON ROUGE | LOUISIANA |
| 724335- | DANNY CARTER, ET UX | AMOCO PRODUCTION COMPANY | 03/07/1977 | 2561 | 399 | | EAST BATON ROUGE | LOUISIANA |
| 724339- | LEE E. S. GREEN, ET VIR | AMOCO PRODUCTION COMPANY | 03/10/1977 | 2561 | 353 | | EAST BATON ROUGE | LOUISIANA |
| 724340- | LILLIE R. T. BERRY, ET VIR | AMOCO PRODUCTION COMPANY | 03/10/1977 | 2561 | 379 | | EAST BATON ROUGE | LOUISIANA |
| 724341- | JAKE KING, ET UX | AMOCO PRODUCTION COMPANY | 03/10/1977 | 2561 | 375 | | EAST BATON ROUGE | LOUISIANA |
| 724342- | BOYSIE & ROSELLA H. TENNART | AMOCO PRODUCTION COMPANY | 03/10/1977 | 2561 | 371 | | EAST BATON ROUGE | LOUISIANA |
| 724445- | IRENE H. ATKINS, ET AL | AMOCO PRODUCTION COMPANY | 03/11/1977 | 2566 | 301 | | EAST BATON ROUGE | LOUISIANA |
| 724446- | HENRY ALLEN, ET UX | AMOCO PRODUCTION COMPANY | 03/14/1977 | 2562 | 106 | | EAST BATON ROUGE | LOUISIANA |
| 724504- | DAVID E. GRIMES | AMOCO PRODUCTION COMPANY | 02/21/1977 | 2563 | 717 | | EAST BATON ROUGE | LOUISIANA |
| 724540- | WILLIE LORMAND COMPANY | AMOCO PRODUCTION COMPANY | 03/24/1977 | 2565 | 802 | | EAST BATON ROUGE | LOUISIANA |
| 724545- | HELEN STEWART LACY | AMOCO PRODUCTION COMPANY | 03/21/1977 | 2565 | 818 | | EAST BATON ROUGE | LOUISIANA |
| 724546- | THOMPSON ETVIR, LILLIE R | AMOCO PRODUCTION COMPANY | 04/03/1977 | 2565 | 822 | | EAST BATON ROUGE | LOUISIANA |
| 724548- | MATTHEWS ETUX, HENRY M. | AMOCO PRODUCTION COMPANY | 03/23/1977 | 2565 | 830 | | EAST BATON ROUGE | LOUISIANA |
| 725001- | HARDY, ELVIRA JOHNSON | C. B. PENNINGTON | 09/12/1976 | | | 313-9167 | EAST BATON ROUGE | LOUISIANA |
| 725196-A | WILKERSON ET AL BERTHA J | AMOCO PRODUCTION COMPANY | 06/20/1977 | 2600 | 351 | 77-032795 | EAST BATON ROUGE | LOUISIANA |
| 725196-B | TENNANT ET AL, EDNA J. | AMOCO PRODUCTION COMPANY | 05/23/1977 | 2607 | 1 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 725196-C | RICHARDSON, ANNIE LEE J. | AMOCO PRODUCTION COMPANY | 06/20/1977 | | | | EAST BATON ROUGE | LOUISIANA |
| 725196-D | HARRIS, CLARENCE | AMOCO PRODUCTION COMPANY | 01/23/1979 | 2707 | 459 | 78-013031 | EAST BATON ROUGE | LOUISIANA |
| 725587-A | WELLS JR ETAL, ROBERT | C. B. PENNINGTON | 06/23/1975 | | | 558-9220 | EAST BATON ROUGE | LOUISIANA |
| 725587-B | JOHNSON WELLS, JR., ET AL | C. B. PENNINGTON | 01/12/1977 | | | 191-9207 | EAST BATON ROUGE | LOUISIANA |
| 725587-C | SONJA K. SANDLES THOMAS | C. B. PENNINGTON | 01/17/1977 | | | 62-9204 | EAST BATON ROUGE | LOUISIANA |
| 725587-D | THOMAS EARL SANDLES | C. B. PENNINGTON | 04/01/1977 | | | 69-9204 | EAST BATON ROUGE | LOUISIANA |
| 725587-E | ESSIE J. SANDLES | C. B. PENNINGTON | 01/15/1977 | | | 70-9204 | EAST BATON ROUGE | LOUISIANA |
| 725587-F | WILLIE WELLS | C. B. PENNINGTON | 01/31/1977 | | | 71-9204 | EAST BATON ROUGE | LOUISIANA |
| 725587-G | ANNA WELLS FRANKLIN | C. B. PENNINGTON | 01/24/1977 | | | 72-9254 | EAST BATON ROUGE | LOUISIANA |
| 725587-H | JOHNNIE STEWART, ET AL | ALTON C. SCHULTZ, JR. | 11/28/1977 | 2611 | 279 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 725587-I | IRMA STEWART ALLEN | ALTON C. SCHULTZ, JR. | 05/25/1978 | 637 | 9262 | | EAST BATON ROUGE | LOUISIANA |
| 725587-J | STERLING STEWART, ET UX | ALTON C. SCHULTZ, JR. | 05/25/1978 | 819 | 9265 | 00-016635 | EAST BATON ROUGE | LOUISIANA |
| 725587-K | RONNIE E. STEWART | ALTON C. SCHULTZ, JR. | 05/25/1978 | 820 | 9265 | | EAST BATON ROUGE | LOUISIANA |
| 725587-L | HELEN S. LACY | ALTON C. SCHULTZ, JR. | 05/25/1978 | 821 | 9265 | | EAST BATON ROUGE | LOUISIANA |
| 725587-M | CAROL S. THOMAS, ET VIR | ALTON C. SCHULTZ, JR. | 06/01/1978 | 818 | 9265 | | EAST BATON ROUGE | LOUISIANA |
| 725587-N | ELEX STEWART, ET UX | ALTON C. SCHULTZ, JR. | 05/25/1978 | 826 | 9270 | | EAST BATON ROUGE | LOUISIANA |
| 725587-O | LULA MAE W. SHAW, ET AL | ALTON C. SCHULTZ, JR. | 06/28/1979 | 328 | 9328 | | EAST BATON ROUGE | LOUISIANA |
| 725587-P | ANNIE W. CHANEY, ET AL | ALTON C. SCHULTZ, JR. | 06/28/1979 | 306 | 9331 | 79-041216 | EAST BATON ROUGE | LOUISIANA |
| 725587-Q | ESSIE B. MORRIS | ALTON C. SCHULTZ, JR. | 06/28/1979 | 791 | 9334 | 79-045351 | EAST BATON ROUGE | LOUISIANA |
| 726607- | USA-ES-16514 | C. T. CARDEN | 12/01/1977 | | | | EAST BATON ROUGE | LOUISIANA |
| 726624- | JESSIE W. CHRISS, ET AL | AMOCO PRODUCTION COMPANY | 12/07/1977 | 2621 | 658 | 77-034540 | EAST BATON ROUGE | LOUISIANA |
| 725732-A | JOSEPH PLUMMER, ET AL | AMOCO PRODUCTION COMPANY | 01/11/1978 | 2622 | 468 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 725732-B | VIOLA WOODFORK | C. B. PENNINGTON | 10/07/1976 | | | 556-9167 | EAST BATON ROUGE | LOUISIANA |
| 725738-C | JULIE MILLS | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2722 | 718 | 79-023550 | EAST BATON ROUGE | LOUISIANA |
| 725738-D | DONALD S. MILLS | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2722 | 725 | 79-023553 | EAST BATON ROUGE | LOUISIANA |
| 725738-E | MARGARET MILLS, ET AL | AMOCO PRODUCTION COMPANY | 03/30/1979 | 2722 | 731 | 79-023556 | EAST BATON ROUGE | LOUISIANA |
| 725738-F | MABEL MILLS | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2722 | 737 | 79-028567 | EAST BATON ROUGE | LOUISIANA |
| 725738-G | EDITH MILLS CARPENTER | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2722 | 743 | 79-028568 | EAST BATON ROUGE | LOUISIANA |
| 725738-H | ERIC W. DAY, JR., ET AL | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2722 | 749 | 79-028559 | EAST BATON ROUGE | LOUISIANA |
| 725733-I | ROBERT Y. DEBRITTON, ET AL | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2723 | 706 | 79-030480 | EAST BATON ROUGE | LOUISIANA |
| 725733-J | MARY D. MILLS, ET AL | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2726 | 45 | 79-031789 | EAST BATON ROUGE | LOUISIANA |
| 725738-K | OLGA DAY MAYNARD | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2727 | 106 | 79-033022 | EAST BATON ROUGE | LOUISIANA |
| 725738-L | STELLA DEBRETTON ELLIS | AMOCO PRODUCTION COMPANY | 04/05/1979 | 2730 | 879 | 79-037026 | EAST BATON ROUGE | LOUISIANA |
| 725747- | COLEMAN L. MCVEA | AMOCO PRODUCTION COMPANY | 01/16/1978 | 2627 | 67 | 78-03656 | EAST BATON ROUGE | LOUISIANA |
| 725748-A | C. B. PENNINGTON, ET AL | AMOCO PRODUCTION COMPANY | 01/10/1978 | 249 | 9239 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 730077- | FELICIA FITZGERALD, ET AL | AMOCO PRODUCTION COMPANY | 09/01/1978 | 273 | 9281 | 00-037120 | EAST BATON ROUGE | LOUISIANA |
| 730063- | FLOYD YANCY, ET UX | AMOCO PRODUCTION COMPANY | 10/05/1978 | 2686 | 235 | 78-000045 | EAST BATON ROUGE | LOUISIANA |
| 730066- | HELEN M. SMITH, ET AL | AMOCO PRODUCTION COMPANY | 10/10/1978 | 2687 | 863 | 78-001877 | EAST BATON ROUGE | LOUISIANA |
| 730067- | JESSEE LEE ROACH, ET UX | AMOCO PRODUCTION COMPANY | 10/10/1978 | 2687 | 874 | 78-001879 | EAST BATON ROUGE | LOUISIANA |
| 730068- | MOUNT ZION BAPTIST CHURCH | AMOCO PRODUCTION COMPANY | 10/10/1978 | 2687 | 878 | 78-001880 | EAST BATON ROUGE | LOUISIANA |
| 731406-A | LEON A. GAUFF, JR., ET AL | AMOCO PRODUCTION COMPANY | 10/16/1978 | 2689 | 667 | 78-003160 | EAST BATON ROUGE | LOUISIANA |
| 731406-B | SIMMIE GEORGE WATTS | AMOCO PRODUCTION COMPANY | 10/16/1978 | 2689 | 662 | 78-003153 | EAST BATON ROUGE | LOUISIANA |
| 731406-C | OLLIE GOFF PHLEGM | AMOCO PRODUCTION COMPANY | 10/15/1978 | 2693 | 245 | 78-006679 | EAST BATON ROUGE | LOUISIANA |
| 731406-D | STANLEY GAUFF | AMOCO PRODUCTION COMPANY | 10/15/1978 | 2693 | 250 | 78-006679 | EAST BATON ROUGE | LOUISIANA |
| 731406-E | JESSICA GOFF JONES | AMOCO PRODUCTION COMPANY | 10/16/1978 | 2696 | 282 | 78-008445 | EAST BATON ROUGE | LOUISIANA |
| 731406-F | GLORIA GOFF POWELL | AMOCO PRODUCTION COMPANY | 10/16/1978 | 2696 | 278 | 78-002444 | EAST BATON ROUGE | LOUISIANA |
| 731406-G | JAMES GOFF | AMOCO PRODUCTION COMPANY | 10/16/1978 | 2699 | 584 | 78-003342 | EAST BATON ROUGE | LOUISIANA |
| 731406-H | EMMA NICHOLSON | AMOCO PRODUCTION COMPANY | 10/16/1978 | 2706 | 743 | 79-012566 | EAST BATON ROUGE | LOUISIANA |
| 731422- | SIMON ALEXANDER | AMOCO PRODUCTION COMPANY | 10/06/1978 | 2690 | 718 | 78-004233 | EAST BATON ROUGE | LOUISIANA |
| 731423-A | VERLA STEVENSON JACKSON | AMOCO PRODUCTION COMPANY | 10/25/1978 | 2690 | 714 | 78-004236 | EAST BATON ROUGE | LOUISIANA |
| 731423-B | VERLA STEVENSON JACKSON | C. B. PENNINGTON | 07/29/1975 | | | 154-9167 | EAST BATON ROUGE | LOUISIANA |
| 731501- | CLARENCE TAYLOR, ET AL | AMOCO PRODUCTION COMPANY | 10/25/1978 | 2693 | 256 | 78-006680 | EAST BATON ROUGE | LOUISIANA |
| 731502-A | ROSA J. STEPTOE, ET AL | AMOCO PRODUCTION COMPANY | 10/13/1978 | 2693 | 240 | 78-006678 | EAST BATON ROUGE | LOUISIANA |
| 731502-B | EDDIE JORDAN, JR. | AMOCO PRODUCTION COMPANY | 10/13/1978 | 2695 | 274 | 78-008443 | EAST BATON ROUGE | LOUISIANA |
| 731502-C | EDWARD C. JORDAN | AMOCO PRODUCTION COMPANY | 10/13/1978 | 2695 | 270 | 78-008442 | EAST BATON ROUGE | LOUISIANA |
| 731502-D | SUSIE JORDAN BATTLE | AMOCO PRODUCTION COMPANY | 10/13/1978 | 2698 | 637 | 79-011757 | EAST BATON ROUGE | LOUISIANA |
| 731505- | MONROE BARTON, SR., ET UX | AMOCO PRODUCTION COMPANY | 11/15/1978 | 2695 | 232 | 78-008447 | EAST BATON ROUGE | LOUISIANA |
| 731506- | HELEN M. SMITH, ET AL | AMOCO PRODUCTION COMPANY | 11/02/1978 | 2695 | 236 | 78-008446 | EAST BATON ROUGE | LOUISIANA |
| 731516-A | LESTER GREEN, ET AL | AMOCO PRODUCTION COMPANY | 11/24/1978 | | | 78-010196 | EAST BATON ROUGE | LOUISIANA |
| 731516-B | EDWARD L. STEWARD | AMOCO PRODUCTION COMPANY | 11/24/1978 | 2697 | 14 | 78-010205 | EAST BATON ROUGE | LOUISIANA |
| 731539- | GEORGE LORMAND, ET AL | AMOCO PRODUCTION COMPANY | 01/02/1979 | 2004 | 727 | 78-010442 | EAST BATON ROUGE | LOUISIANA |
| 731540- | JOHN WALLACE | JOHN W. RETTIG, JR. | 12/14/1978 | | | 78-010705 | EAST BATON ROUGE | LOUISIANA |
| 731561-A | CALEB TURNER, ET AL | C. B. PENNINGTON | 04/22/1976 | | | 686-9176 | EAST BATON ROUGE | LOUISIANA |
| 731561-B | E. CLARK TURNER CURATRIX | AMOCO PRODUCTION COMPANY | 09/14/1978 | 2683 | 625 | 00-043294 | EAST BATON ROUGE | LOUISIANA |
| 731561-C | DONALD RAY TURNER | AMOCO PRODUCTION COMPANY | 01/05/1978 | 2629 | 763 | 78-035917 | EAST BATON ROUGE | LOUISIANA |
| 732313-A | ROBERT LOUIS STEVENSON | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 817 | 79-015430 | EAST BATON ROUGE | LOUISIANA |
| 732314-A | JESSICA GOFF JONES | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 813 | 79-015423 | EAST BATON ROUGE | LOUISIANA |
| 732314-B | STANLEY GAUFF | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 809 | 79-015423 | EAST BATON ROUGE | LOUISIANA |
| 732314-C | JAMES GOFF | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 805 | 79-015425 | EAST BATON ROUGE | LOUISIANA |
| 732314-D | EMMA NICHOLSON | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 801 | 79-015424 | EAST BATON ROUGE | LOUISIANA |
| 732314-E | GLORIA GOFF POWELL | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 796 | 79-015423 | EAST BATON ROUGE | LOUISIANA |
| 732314-F | LEON A. GAUFF, JR., ET AL | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 791 | 79-015422 | EAST BATON ROUGE | LOUISIANA |
| 732314-G | SIMMIE GEORGE WATTS | AMOCO PRODUCTION COMPANY | 01/09/1979 | 2709 | 786 | 79-015417 | EAST BATON ROUGE | LOUISIANA |
| 732314-H | OLLIE G. PHLEGM | AMOCO PRODUCTION COMPANY | 01/05/1979 | 2711 | 313 | 79-016542 | EAST BATON ROUGE | LOUISIANA |
| 732314-I | HUEY PEIRCE GOFF | ALTON C. SCHULTZ, JR. | 04/17/1979 | 712 | 9315 | 79-022478 | EAST BATON ROUGE | LOUISIANA |
| 732361- | AARON JACKSON, ET AL | AMOCO PRODUCTION COMPANY | 11/28/1978 | 2716 | 857 | 79-022103 | EAST BATON ROUGE | LOUISIANA |
| 732362- | ISADORE JACKSON, ET UX | AMOCO PRODUCTION COMPANY | 11/28/1978 | 2716 | 862 | 79-022105 | EAST BATON ROUGE | LOUISIANA |
| 734523- | USA-ES-05061 | ARTHUR E. MEINHART, ET AL | 06/01/1969 | | | | EAST BATON ROUGE | LOUISIANA |
| 737111-A | CLARENCE STEVENSON, ET AL | AMOCO PRODUCTION COMPANY | 01/23/1980 | 2780 | 662 | 00-005203 | EAST BATON ROUGE | LOUISIANA |
| 737111-B | VERLA S. JACKSON, ET AL | AMOCO PRODUCTION COMPANY | 01/25/1980 | 2780 | 663 | 00-005202 | EAST BATON ROUGE | LOUISIANA |
| 737111-C | MILDRED A. HURLOCK | AMOCO PRODUCTION COMPANY | 01/21/1980 | 2813 | | | EAST BATON ROUGE | LOUISIANA |
| 737111-D | MAVIS A. ROSS MILLER | AMOCO PRODUCTION COMPANY | 01/21/1980 | 2813 | 454 | | EAST BATON ROUGE | LOUISIANA |
| 737223-A | SIMMIE G. WATTS, ET AL | AMOCO PRODUCTION COMPANY | 02/06/1980 | 2784 | 385 | 00-006536 | EAST BATON ROUGE | LOUISIANA |
| 737223-B | OLLIE GOFF PHLEGM | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011209 | EAST BATON ROUGE | LOUISIANA |
| 737223-C | STANLEY GAUFF | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011203 | EAST BATON ROUGE | LOUISIANA |
| 737223-D | JAMES GOFF | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011211 | EAST BATON ROUGE | LOUISIANA |
| 737223-E | JESSICA GOFF JONES | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011207 | EAST BATON ROUGE | LOUISIANA |
| 737223-F | GLORIA GOFF POWELL | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011207 | EAST BATON ROUGE | LOUISIANA |
| 737223-G | EMMA GOFF NICHOLSON | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-015652 | EAST BATON ROUGE | LOUISIANA |
| 737225- | TALMADGE BICKHAM, ET UX | AMOCO PRODUCTION COMPANY | 03/31/1981 | 257 | 5373 | | EAST BATON ROUGE | LOUISIANA |
| 737683-A | HELEN M. SMITH, ET AL | AMOCO PRODUCTION COMPANY | 02/25/1980 | 2789 | 82 | 00-012231 | EAST BATON ROUGE | LOUISIANA |
| 737683-B | SIMMIE G. WATTS, ET AL | AMOCO PRODUCTION COMPANY | 02/06/1980 | 2789 | 88 | | EAST BATON ROUGE | LOUISIANA |
| 737683-C | NOLA MAE J. MOSES, ET AL | AMOCO PRODUCTION COMPANY | 02/11/1980 | 2789 | 93 | | EAST BATON ROUGE | LOUISIANA |
| 737683-D | OLLIE GOFF PHLEGM | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011201 | EAST BATON ROUGE | LOUISIANA |
| 737683-E | STANLEY GAUFF | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011206 | EAST BATON ROUGE | LOUISIANA |
| 737683-F | JAMES GOFF | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011204 | EAST BATON ROUGE | LOUISIANA |
| 737683-G | JESSICA GOFF JONES | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011202 | EAST BATON ROUGE | LOUISIANA |
| 737683-H | GLORIA GOFF POWELL | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-011203 | EAST BATON ROUGE | LOUISIANA |
| 737683-I | EMMA GOFF NICHOLSON | AMOCO PRODUCTION COMPANY | 02/12/1980 | | | 00-016652 | EAST BATON ROUGE | LOUISIANA |
| 737683-J | ARMENA RIVERS MCMILLON | AMOCO PRODUCTION COMPANY | 02/25/1980 | | | 00-016649 | EAST BATON ROUGE | LOUISIANA |
| 737683-K | MARIE R. THOMPSON, ET AL | AMOCO PRODUCTION COMPANY | 02/25/1980 | 2830 | 773 | | EAST BATON ROUGE | LOUISIANA |
| 737734-A | CHARLES P. WOODSIDE | AMOCO PRODUCTION COMPANY | 03/12/1980 | | | 00-008563 | EAST BATON ROUGE | LOUISIANA |

| LEASE NUMBER | LESSOR | LESSEE | LEASE DATE | BOOK | PAGE | RECEPTION | PARISH | STATE |
|---|---|---|---|---|---|---|---|---|
| 735213-A | CAROLYN G. GROVES, ET AL | AMOCO PRODUCTION COMPANY | 03/24/1980 | | | 00-016650 | EAST BATON ROUGE | LOUISIANA |
| 735213-B | PEARL G. JOHNSON, ET AL | ALTON C. SCHULTZ, JR. | 06/21/1979 | 310 | 9331 | | EAST BATON ROUGE | LOUISIANA |
| 739190- | EAST BATON ROUGE SCHOOL BOARD - AGENCY NO. 6252 | KAPLYN PROPERTIES, INC. | 07/14/1980 | 2817 | 197 | 35909 | EAST BATON ROUGE | LOUISIANA |
| 742798-A | NOLA MAE J. ROSES, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00739 | 81-020794 | EAST BATON ROUGE | LOUISIANA |
| 742798-B | STANLEY GAUFF | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00740 | 81-020796 | EAST BATON ROUGE | LOUISIANA |
| 742798-C | GLORIA O GOFF POWELL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00742 | 81-020799 | EAST BATON ROUGE | LOUISIANA |
| 742798-D | OLLIE GOFF PHLEGM | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00743 | 81-020801 | EAST BATON ROUGE | LOUISIANA |
| 742798-E | JAMES GOFF | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00745 | 81-020504 | EAST BATON ROUGE | LOUISIANA |
| 742798-F | ERMA GOFF NICHOLSON | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00746 | 81-020005 | EAST BATON ROUGE | LOUISIANA |
| 742798-G | JESSICA GOFF JONES | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00747 | 81-020803 | EAST BATON ROUGE | LOUISIANA |
| 742798-H | ROY EDWARD GOFF, ET AL | AMOCO PRODUCTION COMPANY | 01/23/1981 | 0750 | 09429 | 81-020812 | EAST BATON ROUGE | LOUISIANA |
| 742798-I | PERCY FELIX JACKSON | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00753 | 81-020815 | EAST BATON ROUGE | LOUISIANA |
| 742798-J | HELEN M. SMITH, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00754 | 81-020815 | EAST BATON ROUGE | LOUISIANA |
| 742798-K | ROY EDWARD GOFF, ET AL | AMOCO PRODUCTION COMPANY | 01/23/1981 | 0750 | 09429 | 81-020825 | EAST BATON ROUGE | LOUISIANA |
| 742798-L | CHARLES STEVENSON, ET AL | AMOCO PRODUCTION COMPANY | 01/23/1981 | 0756 | 09429 | 81-020822 | EAST BATON ROUGE | LOUISIANA |
| 742798-M | HELEN M. SMITH, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00757 | 81-020824 | EAST BATON ROUGE | LOUISIANA |
| 742798-N | DELORES S. THEUS, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 2582 | 00785 | 81-020825 | EAST BATON ROUGE | LOUISIANA |
| 742798-O | ROBERT LOUIS STEVENSON | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00759 | 81-020828 | EAST BATON ROUGE | LOUISIANA |
| 742798-P | BUDRICK STEVENSON, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00760 | 81-020830 | EAST BATON ROUGE | LOUISIANA |
| 742798-Q | ANNA S. WILLIAMS, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00761 | 81-020822 | EAST BATON ROUGE | LOUISIANA |
| 742798-R | WANDA CARA LEBLANC | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00763 | 81-020835 | EAST BATON ROUGE | LOUISIANA |
| 742798-S | STANLEY ANDERSON, JR. | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00764 | 81-020837 | EAST BATON ROUGE | LOUISIANA |
| 742798-T | KEVIN A. ANDERSON | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00765 | 81-020839 | EAST BATON ROUGE | LOUISIANA |
| 742798-U | MILDRED A. KORLOCK | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00751 | 81-020840 | EAST BATON ROUGE | LOUISIANA |
| 742798-V | MAVIS A. ROSS MILLER | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00752 | 81-020841 | EAST BATON ROUGE | LOUISIANA |
| 742798-W | CHARLES STEVENSON, ET AL | AMOCO PRODUCTION COMPANY | 02/05/1981 | 9429 | 00766 | 81-020843 | EAST BATON ROUGE | LOUISIANA |
| 742798-X | ARMENA RIVERS MCMILLON | AMOCO PRODUCTION COMPANY | 02/05/1981 | 453 | 9467 | 00-035352 | EAST BATON ROUGE | LOUISIANA |
| 747077- | ISADORE JACKSON, ET AL | AMOCO PRODUCTION COMPANY | 10/27/1981 | 0024 | 09474 | 0000-07154 | EAST BATON ROUGE | LOUISIANA |
| 750485- | M. L. HARVEY, JR., ET AL | MARTIN EXPLORATION COMPANY | 12/31/1977 | 232 | | 9237 | EAST BATON ROUGE | LOUISIANA |
| 750426- | LOUISIANA & ARKANSAS RAILROAD COMPANY | MARTIN EXPLORATION COMPANY | 03/15/1979 | 203 | | 9215 | EAST BATON ROUGE | LOUISIANA |
| 761750- | BATTIE A. CAUSEY | ALTON C. SCHULTZ, JR. | 01/20/1978 | 335 | 9239 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 761751- | VIRGIL COLEMAN, ET UX | ALTON C. SCHULTZ, JR. | 04/06/1978 | 5 | 9254 | 00-002344 | EAST BATON ROUGE | LOUISIANA |
| 761753-A | AARON JACKSON | ALTON C. SCHULTZ, JR. | 12/21/1977 | 159 | 9235 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 761753- | ISAAC JONES | ALTON C. SCHULTZ, JR. | 03/03/1978 | 511 | 9247 | | EAST BATON ROUGE | LOUISIANA |
| 761754- | ROSELLA L. JONES, ET AL | ALTON C. SCHULTZ, JR. | 02/07/1978 | 197 | 8242 | | EAST BATON ROUGE | LOUISIANA |
| 761755- | EDWARD PECK | ALTON C. SCHULTZ, JR. | 12/06/1977 | 701 | 9235 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 761756-A | PATSY C. WILLIAMS, ET AL | ALTON C. SCHULTZ, JR. | 04/06/1978 | 203 | 9256 | | EAST BATON ROUGE | LOUISIANA |
| 761757-A | S. L. E. INC., ET AL | MARTIN EXPLORATION COMPANY | 03/01/1978 | 558 | 9245 | | EAST BATON ROUGE | LOUISIANA |
| 761758- | ANNIE HOPKINS FISHER | FLAME PETROLEUM INC. | 04/03/1981 | 2550 | 100 | 81-017645 | EAST BATON ROUGE | LOUISIANA |
| 880025- | WILLIE LORMAND COMPANY | AMOCO PRODUCTION COMPANY | | | | | EAST BATON ROUGE | LOUISIANA |
| 938279-A | C. B. PENNINGTON, ET AL | AMOCO PRODUCTION COMPANY | 01/12/1978 | 243 | 9239 | 77-034940 | EAST BATON ROUGE | LOUISIANA |
| 930005-A | W. T. WOODSIDE | E. W. MARKS | | | | | EAST BATON ROUGE | LOUISIANA |
| 737235- | TALMADGE BICKHAM, ET UX | AMOCO PRODUCTION COMPANY | 03/31/1981 | 49 | 60 | 88125 | EAST FELICIANA | LOUISIANA |
| 725720-B | VIOLA WOODFORK | C. B. PENNINGTON | 10/07/1976 | 2787 | 415 | | POINTE COUPEE | LOUISIANA |
| 886518- | CYPRESS ENERGY CORPORATION | AMOCO PRODUCTION COMPANY | 00.0 | 572 | 10477 | | POINTE COUPEE | LOUISIANA |

3