**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: | CASE NO. 19-10547 |
| FALCON V, L.L.C., *et al.,*[1] | CHAPTER 11 |
| *Debtor*s | (JOINTLY ADMINISTERED) |

---

**EX PARTE MOTION FOR LEAVE TO FILE LATE RESPONSE TO CERTAIN FIRST DAY MOTIONS BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

The Official Committee of Unsecured Creditors (the "Committee") of Falcon V, L.L.C. (the "Debtor") seeks authority to file late responses to the following motions pending before this court:

1) *Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [P-27];

2) *Debtor's Emergency Motion for Interim and Final Orders Authorizing the Continuation of Insurance Programs and Pay Related Obligations* [P-8];

3) *Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Continue Surety Bond Program* [P-9]; and

4) *Emergency Motion for Interim and Final Orders Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [P-12]

(collectively, the "First Day Motions").

---

[1]     The U.S. Trustee (defined *infra*) appointed the Committee with respect to "the case of Falcon V., L.L.C. only." *See*, P-105.  Nevertheless, the Debtor's case has been administratively consolidated with two other chapter 11 cases presently pending in this Court: *In re Falcon V Holdings, L.L.C.* (19-10561); and *In re ORX Resources, L.L.C.* (19-10548).

1.

On May 21, 2019, the United States Trustee for Region 5 appointed the Official

Committee of Unsecured Creditors.[2]

2.

On May 22, 2019, the Committee voted to retain Holland & Knight LLP to serve as

proposed lead counsel to the Committee and Stewart Robbins & Brown LLC ("SRB") to serve as

proposed Louisiana and conflicts co-counsel, subject to Court approval (collectively the

"Committee Counsel").

3.

Committee Counsel are in the process of preparing Applications for Employment as Co-

Counsel to the Committee, as well as reviewing pleadings filed to date.

4.

The deadline to file responses to the First Day Motions was May 22, 2019, the same day

the Committee voted to retain counsel.

5.

The Committee seeks additional time, until 5:00 p.m. May 24, 2019, to prepare and file

responses to the First Day Motions.

---

[2] P-105

6.

The Committee has contacted counsel for the Debtors and secured creditor 405

Baxterville, LLC who have no opposition to the extension.

WHEREFORE, the Committee respectfully moves this Court for an enlargement of the

deadline to file responsive pleadings to the First Day Motions through 5:00 p.m. on May 24,

2019.

Respectfully submitted:

**STEWART ROBBINS & BROWN LLC**
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

By:   /s/ Paul Douglas Stewart, Jr.
      **Paul Douglas Stewart, Jr.** (La. #24661)
      dstewart@stewartrobbins.com
      **Brandon A. Brown** (La. #25592)
      bbrown@stewartrobbins.com

      -and-

      **HOLLAND & KNIGHT LLP**

By:   /s/ Brent McIlwain
      **Brent McIlwain (*pro hac vice*)**
      **Fred Stovall**
      **Brian Smith**
      200 Crescent Court, Suite 1600
      Dallas, TX 75201
      Telephone:   214-964-9500
      Fax:         214-964-9501
      Email:       brent.mcilwain@hklaw.com
                   fred.stovall@hklaw.com
                   brian.smith@hklaw.com

      *Proposed Counsel to the Official Committee of*
      *Unsecured Creditors of Falcon V, L.L.C.*

3

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

IN RE:                                          CASE NO. 19-10547

FALCON V, L.L.C., *et al*                       CHAPTER 11

     *Debtor*s                               (JOINTLY ADMINISTERED)


ORDER

Considering the Ex Parte Motion for Leave to File Late Responses to Certain First Day Motions [P    ] filed by the Official Committee of Unsecured Creditors, the record of this case, and applicable law:

IT IS ORDERED that the Committee be allowed until 5:00 p.m. on May 24, 2019 to file responses to the following motions:

1) Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [P-27];

2) Debtor's Emergency Motion for Interim and Final Orders Authorizing the Continuation of Insurance Programs and Pay Related Obligations [P-8];

3) Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Continue Surety Bond Program [P-9]; and

4) Emergency Motion for Interim and Final Orders Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business [P-12].