## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-10547 |
| FALCON V, L.L.C., *et al.*,[1] | CHAPTER 11 |
| DEBTORS. | (JOINTLY ADMINISTERED) |

### NOTICE OF APPOINTMENT OF RECONSTITUTED UNSECURED CREDITORS' COMMITTEE

COMES NOW, David W. Asbach, Acting United States Trustee for Region 5, by and through undersigned counsel, and hereby gives notice that, due to the addition of Power Torque Services, LLC, and Total Pump & Supply, LLC, and a change in representative for Angelo, Gordon Energy Servicer, LLC, from Todd Dittmann to Paul Gottheim, the unsecured creditors' committee is hereby reconstituted.  Pursuant to 11 U.S.C. § 1102(a) and (b)(1), the attached list of creditors of the above-named Debtor are among those holding unsecured claims, are willing to serve, and, therefore, are appointed **in the case of FALCON V, L.L.C., only**, to serve as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. § 1103.

The creditors' committee members' names and addresses are listed on the attached mailing matrix, which is incorporated and made a part of this notice.  A copy of this notice has been mailed to the committee members as well as the Debtor, and electronically served on the Debtor's attorney via the electronic mail address on file with the CM/ECF system.

Dated:   May 23, 2019

                                                Respectfully submitted,

                                                DAVID W. ASBACH
                                                Acting United States Trustee
                                                Region 5, Judicial Districts of
                                                Louisiana and Mississippi

                                 By:    *s/Robert C. Gravolet*
                                                Robert C. Gravolet (08404)
                                                Trial Attorney
                                                Office of the U.S. Trustee
                                                400 Poydras Street, Suite 2110
                                                New Orleans, LA 70130
                                                Telephone Number: 504-589-4018
                                                Direct Dial: 504-589-2594
                                                Facsimile Number:  504-589-4096

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Falcon V, L.L.C. (1725); Falcon V Holdings, L.L.C. (8542); and ORX Resources, L.L.C. (9032). The address of the Debtors is 400 Poydras Street, Suite 1100, New Orleans, Louisiana 70130.