Case No. 19-10547

# MAILING MATRIX
# FOR RECONSTITUTED
# UNSECURED CREDITORS' COMMITTEE

Angelo, Gordon Energy Servicer, LLC
Attn:   Paul Gottheim
712 Main Street, 13th Floor
Houston, TX   77010

Knight Oil Tools LLC
Attn:   Cole J. Griffin
P.O. Box 52688
Lafayette, LA   70505-2688

Catapult Exploration LLC
Attn:   Robert Patrick
8889 Pelican Bay Blvd., Suite 403
Naples, FL   34108

Power Torque Services, LLC
Attn:   Clinton G. Morgan
P.O. Box 539
Bourg, LA   70343

Total Pump & Supply LLC
Attn:   Cassi Champagne
P.O. Box 548
Carencro, LA   70520