UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 19-10547 |
| FALCON V, L.L.C. | * | CHAPTER 11 |
| DEBTOR | * | JUDGE DOUGLAS D. DODD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FORMAL NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to §§ 102 and 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned requests that copies of all notices (given or required to be given in this bankruptcy case) and copies of all papers (served or required to be served in this bankruptcy case) be provided to and served upon the following counsel on behalf of **Slattery, Marino & Roberts, APLC ("Slattery, Marino & Roberts")**:

> Anthony C. Marino
> LISKOW & LEWIS
> 701 Poydras Street, Suite 5000
> New Orleans, LA  70139
> Telephone: 504-556-6114
> Facsimile: 504-556-4108/4109
> Email: *acmarino@liskow.com*

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes without limitation any plan of reorganization or liquidation and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and

briefs in support of any of the foregoing and any other document brought before this Court with respect to this bankruptcy case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic transmission, facsimile or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Slattery, Marino & Roberts intends that neither this notice of appearance, nor any later appearance, pleading, claim or suit, shall waive, or be deemed or construed as a waiver of, (1) Slattery, Marino & Roberts's right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) Slattery, Marino & Roberts's right to trial by jury in any proceeding in this case or any action, controversy or proceeding related to this case, (3) Slattery, Marino & Roberts's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Slattery, Marino & Roberts is or may be entitled under agreement, in law or in equity, all such rights and recoupments being expressly reserved by Slattery, Marino & Roberts.

Filed this 3rd day of June, 2019.

Respectfully submitted,

LISKOW & LEWIS

/s/ *Anthony C. Marino*
Anthony C. Marino. (La. Bar No. 17037)
701 Poydras Street, Suite 5000
New Orleans, LA  70139
Telephone:  (504) 581-6114
Facsimile:  (504) 556-4108/4109
Email:      acmarino@liskow.com
*Attorneys for Slattery, Marino & Roberts, APLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 3, 2019, the foregoing *Formal Notice Of Appearance And Request For Service Of Papers* was filed electronically with the Clerk of Court using the CM/ECF system and a copy of that notice with the pleading has been sent to all parties or counsel of record who have registered to receive electronic service by operation of the Court's electronic filing system.

                                                */s/Anthony C. Marino.*