# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 19-10547 |
| FALCON V, L.L.C., *et al.*,[1] | CHAPTER 11 |
| DEBTORS. | (JOINTLY ADMINISTERED) |

## UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION TO EMPLOY KELLY HART & PITRE AS ATTORNEYS FOR DEBTORS

**COMES NOW** David W. Asbach, Acting U.S. Trustee for Region 5 (hereinafter "UST"), by and through undersigned counsel, and files this Limited Objection to the Application to Employ Kelly Hart & Pitre as Attorneys for Debtors. In support of the motion, the UST respectfully states as follows:

1. The Court has jurisdiction over this matter under 28 U.S.C. § 1334(a) and (b), and 28 U.S.C. § 157 (a) and (b)(1).

2. Pursuant to 11 U.S.C. § 307, the UST may raise, appear, and be heard on any issue in any case or proceeding.

## BACKGROUND

3. On May 10, 2019, voluntary petitions for relief pursuant to 11 U.S.C. Chapter 11 were filed on behalf of Falcon V, L.L.C. (19-10547), and ORX Resources, L.L.C. (19-10548), through their counsel of record, Kelly Hart & Pitre. In addition, a number of First Day Motions, including, but not limited to, an Application to Employ Kelly Hart & Pitre ("KHP or Applicant") as Attorneys for Debtors ("KHP Application") [P-14] were filed.

---

[1] The "Debtors" are the following entities (the corresponding bankruptcy case numbers follow in parentheses): Falcon V, L.L.C. (Case No. 19-10547), ORX Resources, L.L.C. (Case No. 19-10548), and Falcon V Holdings, L.L.C. (Case No. 19-10561). The address of the Debtors is 400 Poydras Street, Suite 1100, New Orleans, Louisiana 70130.
.

4. On May 14, 2019, a voluntary petition for relief pursuant to 11 U.S.C. Chapter 11 was filed on behalf Falcon V Holdings, L.L.C. (19-10561)[2], and the Court entered an Order of Joint Administration with Lead Case Falcon V, L.L.C. (19-10547), and Member Cases ORX Resources, L.L.C. (19-10548), and Falcon V Holdings, L.L.C. (19-10561) [P-57].

5. On June 6, 2019, a Second Interim Order Temporarily Granting Debtors' Application to Employ Kelly Hart & Pitre as Counsel for the Debtors, and setting a final hearing, was entered by the Court [P-186].

6. In an abundance of caution, the UST files this Objection and requests that any final order approving the employment of KHP require that KHP file separate applications to be employed, keep separate time records, and file separate applications for compensation in each of the individual cases, as these cases are only jointly administered and have not been substantively consolidated.

**WHEREFORE,** the U.S. Trustee requests that his Objection be deemed good and that any final order approving the Application to Employ Kelly Hart & Pitre as Counsel for Debtors require the Applicant to file separate employment applications, and maintain separate records and file separate applications for compensation for each of the individual cases. The U.S. Trustee prays for all general and equitable relief to which entitled.

<div style="margin-left: 50%;">

Respectfully submitted,

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By:  *s/Robert C. Gravolet*
Robert C. Gravolet (08404)
Trial Attorney
Office of the U.S. Trustee
400 Poydras Street, Suite 2110

</div>

---

[2] An Amended Motion Regarding Chapter 11 First Day Motions for Joint Administration was filed at P-55.

- 3 -

        New Orleans, LA 70130  
        Phone: (504) 589-4018  
        Facsimile: (504) 589-4096  
        Robert.Gravolet@usdoj.gov