**EXHIBIT A**

**Falcon V Holdings, LLC**
**Case No. 19-10547**
Summary Of Hours and Discounted Fees Incurred By Professional
May 14, 2019 through August 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Bela Unell | Director - Washington National Tax | 6.0 | $ 750 | $ 4,500.00 |
| Bruce DeMyer | Managing Director - M&A Tax | 3.1 | $ 895 | $ 2,774.50 |
| David Casso | Manager - M&A Tax | 103.7 | $ 625 | $ 64,812.50 |
| Hugo Hernandez Rivera | Senior Associate - M&A Tax | 60.6 | $ 525 | $ 31,815.00 |
| James Chassee | Senior Manager - Business Tax | 0.3 | $ 750 | $ 225.00 |
| Jim Sowell | Principal - Washington National Tax | 2.7 | $ 895 | $ 2,416.50 |
| Julia Durrance | Senior Associate - M&A Tax | 121.6 | $ 525 | $ 63,840.00 |
| Jeff Vogel | Principal - Washington National Tax | 0.3 | $ 895 | $ 268.50 |
| Karl Jackson | Associate - M&A Tax | 74.0 | $ 395 | $ 29,230.00 |
| Mark Hoffenberg | Principal - Washington National Tax | 7.4 | $ 895 | $ 6,623.00 |
| Monica Plangman | Associate Director - Bankruptcy | 14.0 | $ 275 | $ 3,850.00 |
| Rob Liquerman | Principal - Washington National Tax | 1.0 | $ 895 | $ 895.00 |
| Robert Keller | Managing Director - Business Tax | 5.5 | $ 895 | $ 4,922.50 |
| Scott Salmon | Partner - Washington National Tax | 0.9 | $ 895 | $ 805.50 |
| Yinka Kukoyi | Partner - M&A Tax | 51.7 | $ 895 | $ 46,271.50 |
| **Total Hours and Fees at Discounted Rates** | | **452.8** | | **$ 263,249.50** |

| | |
|---|---|
| **Discounted Hourly Fees** | $ 263,249.50 |
| Out of Pocket Expenses | $ - |
| Subtotal Fees and Out of Pocket Expenses | $ 263,249.50 |
| Tax Compliance Services (Fixed Fees) | $ 40,000.00 [1] |
| **Net Requested Fees & Out of Pocket Expenses** | **$ 303,249.50** |
| **Blended Hourly Rate (non-Fixed Fees)** | **$ 581.38** |

[1] - Per the Engagement Letter dated January 8, 2019 and the Kukoyi Declaration, KPMG's tax compliance services are billed on a fixed fee basis for a total fee amount of $40,000.